Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Matt J. Malone, SBN 221545
Email: mjm@rocklawcal.com
Susan Brown, SBN 287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

John Yanchunis, FLBN 324681
Email: jyanchunis@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N Franklin Street, Floor 7
Tampa, FL 33602-5157
Telephone: (813)275-5272
Facsimile: (813)275-9295

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FRANK LUCIDO, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NESTLE PURINA PET CARE COMPANY,

Defendant.

Case No. 15-cv-00569- EMC

CLASS ACTION

**STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT**

Hearing Date: N/A
Time: N/A
Judge: Hon. Edward M. Chen
Courtroom: 5

Complaint Filed: February 5, 2015

Following a conference between the Court, Plaintiff's counsel Michael F. Ram, and Defendant's counsel Dale J. Giali, the parties **STIPULATE** as follows:

1. Plaintiff shall have until **June 8, 2015** to file his First Amended Complaint.

2. The parties shall meet and confer concerning Defendant's proposal to continue the June 11, 2015 Case Management Conference and the timing and substance of the Rule 26(f) Conference. If necessary, the parties will request the guidance of the Court through the submission of a joint letter.

Dated: April 22, 2015

RAM OLSON CEREGHINO & KOPCZYNSKI

By: *<u>/S/Michael F. Ram</u>*

Michael F. Ram
mram@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

John Yanchunis, FLBN 324681
jyanchunis@forthepeople.com
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N Franklin Street, Floor 7
Tampa, FL 33602-5157
Telephone: (813)275-5272
Facsimile: (813)275-9295

Donna F. Solen, SBN 297051
Email: dsolen@kkslegal.com
KIMBRELL KIMBRELL & SOLEN LLC
660 Pennsylvania Avenue, SE
Suite 302
Washington, DC 20003
Telephone: (202) 810-1999 ext. 1

*Attorneys for Plaintiff and Proposed Class*

Dated: April 22, 2015

MAYER BROWN

By: /S/Dale J. Giali

Dale J. Giali
dgiali@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant*

**ORDER**

**SO ORDERED.**

Dated this 24th day of April, 2015.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Edward M. Chen

By: ______________________