Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK LUCIDO, ALMACEO AND LAURAE CAMPBELL, RICHARD CARTER, REGGIE SMITH, DAVID BALMER, KAREN PHILLIPS, WAYNE COLELLO, KAREN BAKER, RICKY BISHARAT, HOPE BENHAM, ROBIN BENHAM, VIRGINIA BURGARDT, CYNTHIA XENAKIS, DIANE PORTER, LANCE CARLSON, GRACE ARMSTRONG, JENNIFER HICKEY, THOMAS AND SHARON NORMAND, CHRISTINA WINTERS, ROBERT BRYDEN, REGINA BOLLINGER, PAT KELLY, AMERICA PENA, ELIZABETH RODARTE, and KACY KIMBALL, on behalf of themselves and all others similarly situated, <br><br>                   Plaintiffs, <br><br>         v. <br><br> NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES1 through 200, inclusive, <br><br>                   Defendants. | Case No. 3:15-cv-00569-EMC <br><br> **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> <u>CLASS ACTION</u> <br><br> <u>JURY TRIAL DEMAND</u> <br><br> Complaint Filed:  February 5, 2015 <br><br> DATE: <br> TIME: <br> LOCATION:  Courtroom 5 - 17th Floor |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 1
CASE NO. 3:15-CV-00569-EMC

TO: THE COURT; and
TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED, by Plaintiffs, REGINA BOLLINGER, JENNIFER HICKEY, and REGGIE SMITH, and Defendant, NESTLÉ PURINA PETCARE COMPANY, by and through their respective counsel, that this Court dismiss all claims asserted by Plaintiffs, REGINA BOLLINGER, JENNIFER HICKEY, AND REGGIE SMITH against Defendant, NESTLÉ PURINA PETCARE COMPANY, with prejudice, pursuant to 41(a)(1)(A)(ii). .

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 6th day of November, 2015.

| RAM, OLSON, CEREGHINO & KOPCZYNSKI | MAYER BROWN |
|---|---|
| By: */s/ Jeffrey B. Cereghino* | By: */s/ Keri Borders* |
| Jeffrey B. Cereghino, SBN 099480 | Dale J. Giali, SBN #150382 |
| Email: jbc@rocklawcal.com | Email: dgiali@mayerbrown.com |
| Michael F. Ram, SBN 104805 | Andrea M. Weiss, SBN # 252429 |
| Email: mram@rocklawcal.com | Email: aweiss@mayerbrown.com |
| Susan Brown, SBN 287986 | Keri Elizabeth Borders, SBN # 194015 |
| Email: sbrown@rocklawcal.com | Email: kborders@mayerbrown.com |
| 555 Montgomery Street, Suite 820 | 350 South Grand Avenue, 25th Floor |
| San Francisco, California 94111 | Los Angeles, CA 90071-1503 |
| Telephone: (415) 433-4949 | Telephone: (213) 229-9500 |
| Facsimile: (415) 433-7311 | Facsimile: (213) 625-0248 |
| John Yanchunis | Carmine R. Zarlenga, III |
| Email: jyanchunis@forthepeople.com | Email: czarlenga@mayerbrown.com |
| James D. Young | 1999 K Street, NW |
| Email: jyoung@forthepeople.com | Washington, DC 20006 |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP | Telephone: (202) 263-3227 |
| 201 N Franklin Street, Floor 7 | Facsimile: (202) 263-5227 |
| Tampa, Florida 33602 | *Attorneys for Defendant Nestle Purina Pet Care Company* |
| Telephone: (813) 275-5272 | |
| Facsimile: (813) 275-9295 | |
| | |
| Beth E. Terrell, SBN 178181 | |
| Email: bterrell@tmdwlaw.com | |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 1
CASE NO. 3:15-CV-00569-EMC

1  TERRELL MARSHALL DAUDT
     & WILLIE PLLC
2  936 North 34th Street, Suite 300
   Seattle, Washington 98103
3  Telephone:  (206) 816-6603
   Facsimile:  (206) 350-3528
4

5  David Pastor, *Admitted Pro Hac Vice*
   Email:  dpastor@pastorlawoffice.com
6  PASTOR LAW OFFICE, LLP
   63 Atlantic Avenue, 3rd Floor
7  Boston, Massachusetts 02110
   Telephone:  (617) 742-9700
8  Facsimile:  (617) 742-9701

9
   Alan M. Mansfield, SBN 125998
10 Email:  alan@clgca.com
   CONSUMER LAW GROUP
11 10200 Willow Creek Road, Suite 160
   San Diego, California 92131
12 Telephone:  (619) 308-5034
   Facsimile:  (855) 274-1888
13

14 Roger Mandel, *Admitted Pro Hac Vice*
   Email:  rlm@lhlaw.net
15 LACKEY HERSHMAN, L.L.P
   3102 Oak Lawn Avenue, Suite 777
16 Dallas, Texas 75219
   Telephone:  (214) 560-2201
17 Facsimile:  (214) 560-2203

18
   Jennifer R. Edwards, *Admitted Pro
19   Hac Vice*
   Email: jre@TheAnimalLawCenter.com
20 THE ANIMAL LAW CENTER
   730 West Hampden Avenue, Suite 304
21 Englewood, Colorado  80110
   Telephone:  (303) 322-4355
22

23

24

25

26 S. Chandler Visher, SBN 52957
   Email: chandler@visherlaw.com
27

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 2
CASE NO. 3:15-CV-00569-EMC

1  LAW OFFICES OF S.
     CHANDLER VISHER
2  44 Montgomery Street, Suite 3830
   San Francisco, California  94104
3  Telephone:  (415) 901-0500
   Facsimile:  (415) 901-0504
4
   Daniel A. Edelman, *Admitted Pro Hac Vice*
5  Email:  dedelman@edcombs.com
   Thomas E. Soule, *Admitted Pro Hac Vice*
6  Email:  tsoule@edcombs.com
   EDELMAN COMBS LATTURNER
7    & GOODWIN LLC
   20 South Clark Street, Suite 1500
8  Chicago Illinois  60603
   Telephone:  (312) 739-4200
9  Facsimile:  (312) 419-0379
10

11 *Attorneys for Plaintiffs*

15 IT IS SO ORDERED:

16 _____

   Edward M. Chen
17 U.S. District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 3
CASE NO. 3:15-CV-00569-EMC

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED this 6th day of November, 2015.

                                       TERRELL MARSHALL DAUDT & WILLIE PLLC

                                       By:  /s/ Beth E. Terrell, CSB #178181
                                             Beth E. Terrell, CSB #178181
                                             Email: bterrell@tmdwlaw.com
                                             936 North 34th Street, Suite 300
                                             Seattle, Washington  98103-8869
                                             Telephone:  (206) 816-6603
                                             Facsimile:  (206) 350-3528

                                       *Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Dale J. Giali, SBN #150382
> Email:  dgiali@mayerbrown.com
> Andrea M. Weiss, SBN # 252429
> Email:  aweiss@mayerbrown.com
> Keri Elizabeth Borders, SBN # 194015
> Email:  kborders@mayerbrown.com
> MAYER BROWN
> 350 South Grand Avenue, 25th Floor
> Los Angeles, CA 90071-1503
> Telephone: (213) 229-9500
> Facsimile: (213) 625-0248
>
> Carmine R. Zarlenga, III
> Email: czarlenga@mayerbrown.com
> 1999 K Street, NW
> Washington, DC 20006
> Telephone:  (202) 263-3227
> Facsimile:  (202) 263-5227

*Attorneys for Defendant Nestle Purina Pet Care Company*

DATED this 6th day of November, 2015.

> TERRELL MARSHALL DAUDT & WILLIE PLLC
>
> By:   /s/ Beth E. Terrell, SBN #178181
> Beth E. Terrell, SBN #178181
> Email:  bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103-8869
> Telephone:  (206) 816-6603
> Facsimile:  (206) 350-3528
>
> *Attorneys for Plaintiffs*

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 5
CASE NO. 3:15-CV-00569-EMC