1   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    JAMES O. LATTURNER (*pro hac vice*)
2   jlatturner@edcombs.com
    20 S. Clark St., Ste. 1500
3   Chicago, IL 60603
    Telephone: (312) 793-4200
4
5   MAYER BROWN LLP
    DALE J. GIALI (SBN 150382)
    KERI E. BORDERS (SBN 194015)
6   ANDREA M. WEISS (SBN 252429)
    dgiali@mayerbrown.com
7   kborders@mayerbrown.com
    aweiss@mayerbrown.com
8   350 South Grand Avenue, 25th Floor
    Los Angeles, CA 90071
9   Telephone: (213) 229-9500
    Facsimile: (213) 625-0248
10
11  MAYER BROWN LLP
    CARMINE R. ZARLENGA (D.C. Bar No. 286244)
12  czarlenga@mayerbrown.com
    1999 K Street, N.W.
13  Washington, DC  20006-1101
    Telephone: (202) 263-3000
14  Facsimile:  (202) 263-3300

15  *Attorneys for Defendant*
    *Nestlé Purina PetCare Company*

16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18

19  FRANK LUCIDO, et al., on behalf of          Case No. 4:15-cv-00569-EMC
    themselves and all others similarly situated,
20                                              **STIPULATION AND [PRO~~POSE~~D]**
                    Plaintiffs,                 **ORDER FOR DISMISSAL OF**
21                                              **PLAINTIFF RICHARD CARTER**
         v.                                     **PURSUANT TO FED. R. CIV. P.**
22                                              **41(a)(1)(A)(ii)**
    NESTLÉ PURINA PETCARE COMPANY,
23
                    Defendant.
24

25

26

27

28

1   TO THE COURT and ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   IT IS HEREBY STIPULATED by Plaintiff Richard Carter and Defendant Nestlé Purina

3   PetCare Company ("Purina"), by and through their respective counsel, that this Court dismiss all

4   claims asserted by Richard Carter against Purina, with prejudice, pursuant to 41(a)(1)(A)(ii).

5   STIPULATED TO AND RESPECTFULLY SUBMITTED this 25th day of November,

6   2015.

7

8   EDELMAN, COMBS, LATTURNER &           MAYER BROWN LLP
    GOODWIN, LLC

9

10  By: */s/ Jame O. Latturner*              By:    */s/   Dale J. Giali*
        James O. Latturner (*pro hac vice*)          Dale J. Giali, SBN 150382
11      jlatturner@edcombs.com                        dgiali@mayerbrown.com
        Daniel A. Edelman (*pro hac vice*)            Keri Elizabeth Borders, SBN 194015
12      dedelman@edcombs.com                          kborders@mayerbrown.com
        Thomas E. Soule, (*pro hac vice*)             Andrea M. Weiss, SBN 252429
13      tsoule@edcombs.com                            aweiss@mayerbrown.com
        EDELMAN, COMBS, LATTURNER &                   MAYER BROWN LLP
14      GOODWIN, LLC                                  350 South Grand Avenue, 25th Floor
        20 S. Clark St., Ste. 1500                    Los Angeles, CA 90071-1503
15      Chicago, IL 60603                             Telephone: (213) 229-9500
        Telephone: (312) 793-4200                     Facsimile: (213) 625-0248
16
                                                      Carmine R. Zarlenga, III (D.C. Bar No.
17      S. Chandler Visher, SBN 52957                 286244)
        chandler@visherlaw.com                        czarlenga@mayerbrown.com
18      LAW OFFICES OF S.                             MAYER BROWN LLP
        CHANDLER VISHER                               1999 K Street, NW
19      44 Montgomery Street, Suite 3830              Washington, DC 20006
        San Francisco, California  94104              Telephone:  (202) 263-3227
20      Telephone:  (415) 901-0500                    Facsimile:  (202) 263-5227
21
        Jeffrey B. Cereghino, SBN 099480          ***Attorneys for Defendant Nestle Purina***
22      jbc@rocklawcal.com                        ***Pet Care Company***
        Michael F. Ram, SBN 104805
23      mram@rocklawcal.com
        Susan Brown, SBN 287986
24      sbrown@rocklawcal.com
        RAM, OLSON, CEREGHINO
25       & KOPCZYNSKI
        555 Montgomery Street, Suite 820
26      San Francisco, California 94111
        Telephone:  (415) 433-4949
27      Facsimile:  (415) 433-7311
28
                                    1
    STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
                41(A)(1)(A)(II); CASE NO. 3:15-CV-00569-EMC
718621286

1
John Yanchunis
 jyanchunis@forthepeople.com
2
James D. Young
 jyoung@forthepeople.com
3
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
4
201 N Franklin Street, Floor 7
5
Tampa, Florida 33602
Telephone: (813) 275-5272
6
Facsimile: (813) 275-9295

7
Beth E. Terrell, SBN 178181
8
bterrell@tmdwlaw.com
TERRELL MARSHALL DAUDT
9
& WILLIE PLLC
10
936 North 34th Street, Suite 300
Seattle, Washington 98103
11
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
12
David Pastor, *Admitted Pro Hac Vice*
13
dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
14
63 Atlantic Avenue, 3rd Floor
15
Boston, Massachusetts 02110
Telephone:  (617) 742-9700
16
Facsimile:  (617) 742-9701

17
Alan M. Mansfield, SBN 125998
18
alan@clgca.com
CONSUMER LAW GROUP
19
10200 Willow Creek Road, Suite 160
San Diego, California 92131
20
Telephone:  (619) 308-5034
Facsimile:  (855) 274-1888
21
22
Roger Mandel, *Admitted Pro Hac Vice*
rlm@lhlaw.net
23
LACKEY HERSHMAN, L.L.P
3102 Oak Lawn Avenue, Suite 777
24
Dallas, Texas 75219
Telephone:  (214) 560-2201
25
Facsimile:  (214) 560-2203
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II); CASE NO. 3:15-CV-00569-EMC

718621286

1  Jennifer R. Edwards *(Pro Hac Vice)*
2  jre@TheAnimalLawCenter.com
   THE ANIMAL LAW CENTER
3  730 West Hampden Avenue, Suite 304
   Englewood, Colorado  80110
4  Telephone:  (303) 322-4355

5  *Attorneys for Plaintiffs*

6

7                         **[PROPOSED] ORDER**

8  IT IS SO ORDERED.

9

10

11  _____
      Hon. Edward M.
12    U.S. District Court

13

14

15                         **ATTESTATION**

16

17      I, Dale J. Giali, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that agreement

18  to the filing of this document has been obtained from each signatory.

19

20                                      By:*/s/ Dale J. Giali*
                                           Dale J. Giali
21                                         Attorneys for Defendant Nestlé Purina Petcare
                                           Company

22

23

24

25

26

27

28
   _____
                     STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
                     41(A)(1)(A)(II); CASE NO. 3:15-CV-00569-EMC
   718621286