| | |
|---|---|
| 1 | Jeffrey B. Cereghino, SBN 099480 |
| | Email: jbc@rocklawcal.com |
| 2 | Michael F. Ram, SBN 104805 |
| | Email:  mram@rocklawcal.com |
| 3 | RAM, OLSON, CEREGHINO |
| |   & KOPCZYNSKI LLP |
| 4 | 555 Montgomery Street, Suite 820 |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 433-4949 |
| 6 | [Additional Counsel Appear on Signature Page] |
| 7 | *Attorneys for Plaintiffs and Proposed Class* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 10 | FRANK LUCIDO, ALMACEO AND LAURAE CAMPBELL, RICHARD CARTER, REGGIE SMITH, DAVID BALMER, KAREN PHILLIPS, WAYNE COLELLO, KAREN BAKER, RICKY BISHARAT, HOPE BENHAM, ROBIN BENHAM, VIRGINIA BURGARDT, CYNTHIA XENAKIS, DIANE PORTER, LANCE CARLSON, GRACE ARMSTRONG, JENNIFER HICKEY, THOMAS AND SHARON NORMAND, CHRISTINA WINTERS, ROBERT BRYDEN, REGINA BOLLINGER, PAT KELLY, AMERICA PENA, ELIZABETH RODARTE, and KACY KIMBALL, on behalf of themselves and all others similarly situated, | Case No. 3:15-cv-00569-EMC |
| | | **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** (for plaintiffs Karen Baker, David Balmer and Patrick Kelly only) |
| | | <u>CLASS ACTION</u> |
| | | JURY TRIAL DEMAND |
| | | Complaint Filed: February 5, 2015 |
| | | DATE: |
| | | TIME: |
| | | LOCATION:  Courtroom 5 - 17th Floor |
| | Plaintiffs, | |
| | v. | |
| | NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES1 through 200, inclusive, | |
| | Defendants. | |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 1
CASE NO. 3:15-CV-00569-EMC

TO: THE COURT; and
TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED, by Plaintiffs, KAREN BAKER, DAVID BALMER, AND PATRICK KELLY, and Defendant, NESTLÉ PURINA PETCARE COMPANY, by and through their respective counsel, that this Court dismiss all claims asserted by Plaintiffs, KAREN BAKER, DAVID BALMER, AND PATRICK KELLY against Defendant, NESTLÉ PURINA PETCARE COMPANY, with prejudice, pursuant to 41(a)(1)(A)(ii).

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 11th day of January, 2016.

| RAM, OLSON, CEREGHINO & KOPCZYNSKI | MAYER BROWN |
|---|---|
| By: */s/ John A. Yanchunis* <br> John Yanchunis *(Pro Hac Vice)* <br> Email: jyanchunis@forthepeople.com <br> James D. Young *(Pro Hac Vice)* <br> Email: jyoung@forthepeople.com <br> MORGAN & MORGAN COMPLEX LITIGATION GROUP <br> 201 N Franklin Street, Floor 7 <br> Tampa, Florida 33602 <br> Telephone: (813) 275-5272 <br> Facsimile: (813) 275-9295 | By: *Keri E. Borders* <br> Dale J. Giali, SBN #150382 <br> Email: dgiali@mayerbrown.com <br> Andrea M. Weiss, SBN # 252429 <br> Email: aweiss@mayerbrown.com <br> Keri Elizabeth Borders, SBN # 194015 <br> Email: kborders@mayerbrown.com <br> 350 South Grand Avenue, 25th Floor <br> Los Angeles, CA 90071-1503 <br> Telephone: (213) 229-9500 <br> Facsimile: (213) 625-0248 |
| Jeffrey B. Cereghino, SBN 099480 <br> Email: jbc@rocklawcal.com <br> Michael F. Ram, SBN 104805 <br> Email: mram@rocklawcal.com <br> Susan Brown, SBN 287986 <br> Email: sbrown@rocklawcal.com <br> 555 Montgomery Street, Suite 820 <br> San Francisco, California 94111 <br> Telephone: (415) 433-4949 <br> Facsimile: (415) 433-7311 | Carmine R. Zarlenga, III <br> Email: czarlenga@mayerbrown.com <br> 1999 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 263-3227 <br> Facsimile: (202) 263-5227 <br><br> *Attorneys for Defendant Nestle Purina Pet Care Company* |
| Beth E. Terrell, SBN 178181 <br> Email: bterrell@tmdwlaw.com <br> TERRELL MARSHALL DAUDT | |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 1
CASE NO. 3:15-CV-00569-EMC

| | |
|---|---|
| 1 | & WILLIE PLLC |
| | 936 North 34th Street, Suite 300 |
| 2 | Seattle, Washington 98103 |
| | Telephone: (206) 816-6603 |
| 3 | Facsimile: (206) 350-3528 |
| 4 | |
| | David Pastor, *Admitted Pro Hac Vice* |
| 5 | Email: dpastor@pastorlawoffice.com |
| | PASTOR LAW OFFICE, LLP |
| 6 | 63 Atlantic Avenue, 3rd Floor |
| | Boston, Massachusetts 02110 |
| 7 | Telephone: (617) 742-9700 |
| | Facsimile: (617) 742-9701 |
| 8 | |
| 9 | Alan M. Mansfield, SBN 125998 |
| | Email: alan@clgca.com |
| 10 | CONSUMER LAW GROUP |
| | 10200 Willow Creek Road, Suite 160 |
| 11 | San Diego, California 92131 |
| | Telephone: (619) 308-5034 |
| 12 | Facsimile: (855) 274-1888 |
| 13 | |
| | Roger Mandel, *Admitted Pro Hac Vice* |
| 14 | Email: rlm@lhlaw.net |
| | LACKEY HERSHMAN, L.L.P |
| 15 | 3102 Oak Lawn Avenue, Suite 777 |
| | Dallas, Texas 75219 |
| 16 | Telephone: (214) 560-2201 |
| | Facsimile: (214) 560-2203 |
| 17 | |
| 18 | Jennifer R. Edwards, *Admitted Pro Hac Vice* |
| 19 | Email: jre@TheAnimalLawCenter.com |
| | THE ANIMAL LAW CENTER |
| 20 | 730 West Hampden Avenue, Suite 304 |
| | Englewood, Colorado 80110 |
| 21 | Telephone: (303) 322-4355 |
| 22 | |
| | S. Chandler Visher, SBN 52957 |
| 23 | Email: chandler@visherlaw.com |
| | LAW OFFICES OF S. |
| 24 | CHANDLER VISHER |
| | 44 Montgomery Street, Suite 3830 |
| 25 | San Francisco, California 94104 |
| 26 | Telephone: (415) 901-0500 |
| | Facsimile: (415) 901-0504 |
| 27 | |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 2
CASE NO. 3:15-CV-00569-EMC

| | |
|---|---|
| 1 | Daniel A. Edelman, *Admitted Pro Hac Vice* |
| 2 | Email:  dedelman@edcombs.com |
|   | Thomas E. Soule, *Admitted Pro Hac Vice* |
| 3 | Email:  tsoule@edcombs.com |
|   | EDELMAN COMBS LATTURNER |
| 4 |    & GOODWIN LLC |
|   | 20 South Clark Street, Suite 1500 |
| 5 | Chicago Illinois  60603 |
|   | Telephone:  (312) 739-4200 |
| 6 | Facsimile:  (312) 419-0379 |
| 7 | |
|   | *Attorneys for Plaintiffs* |
| 8 | |

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 3
CASE NO. 3:15-CV-00569-EMC

|   |   |
|---|---|
| 1 | ATTESTATION |
| 2 | I hereby attest that I have on file all holographic signatures corresponding to any |
| 3 | signatures indicated by a conformed signature (/s/) within this e-filed document. |
| 4 |   |
| 5 | DATED this 11th day of January, 2016. |
| 6 | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| 7 |   |
| 8 | By: /s/ John A. Yanchunis |
|   | John Yanchunis *(Pro Hac Vice)* |
| 9 | Email: jyanchunis@forthepeople.com |
|   | James D. Young *(Pro Hac Vice)* |
| 10 | Email: jyoung@forthepeople.com |
|   | 201 N Franklin Street, Floor 7 |
| 11 | Tampa, Florida 33602 |
|   | Telephone: (813) 275-5272 |
| 12 | Facsimile: (813) 275-9295 |
| 13 |   |
|   | *Attorneys for Plaintiffs and Proposed Class* |
| 14 |   |
| 15 | IT IS SO ORDERED: |
| 16 | _____ |
|   | Edward M. Chen |
| 17 | U.S. District Judge |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 4
CASE NO. 3:15-CV-00569-EMC

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Dale J. Giali, SBN #150382
    Email:  dgiali@mayerbrown.com
    Andrea M. Weiss, SBN # 252429
    Email:  aweiss@mayerbrown.com
    Keri Elizabeth Borders, SBN # 194015
    Email:  kborders@mayerbrown.com
    MAYER BROWN
    350 South Grand Avenue, 25th Floor
    Los Angeles, CA 90071-1503
    Telephone: (213) 229-9500
    Facsimile: (213) 625-0248

    Carmine R. Zarlenga, III
    Email: czarlenga@mayerbrown.com
    1999 K Street, NW
    Washington, DC 20006
    Telephone:  (202) 263-3227
    Facsimile:  (202) 263-5227

*Attorneys for Defendant Nestle Purina Pet Care Company*

DATED this 11th day of January, 2016.

    MORGAN & MORGAN COMPLEX
    LITIGATION GROUP

    By:  */s/ John A. Yanchunis*
    John Yanchunis *(Pro Hac Vice)*
    Email:  jyanchunis@forthepeople.com
    James D. Young *(Pro Hac Vice)*
    Email:  jyoung@forthepeople.com
    201 N Franklin Street, Floor 7
    Tampa, Florida 33602
    Telephone: (813) 275-5272
    Facsimile: (813) 275-9295

    *Attorneys for Plaintiffs and Proposed Class*

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II) - 5
CASE NO. 3:15-CV-00569-EMC