1  RAM, OLSON, CEREGHINO & KOPCZYNSKI
2  MICHAEL F. RAM (SBN 104805)
   mram@rocklawcal.com
3  555 Montgomery Street, Suite 820
   San Francisco, CA 94111
4  Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
5  [Additional counsel on signature page]
   *Attorneys for Plaintiffs and Proposed Class*
6

7  MAYER BROWN LLP
   CARMINE R. ZARLENGA (D.C. Bar. No.
8  286244)
   Zarlenga@mayerbrown.com
9  1999 K Street, N.W.
   Washington, DC  20006-1101
10 Telephone: (202) 263-3000
   Facsimile:  (202) 263-3300
11
   MAYER BROWN LLP
12 DALE J. GIALI (SBN 150382)
   KERI E. BORDERS (SBN 194015)
13 dgiali@mayerbrown.com
   kborders@mayerbrown.com
14 350 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
15 Telephone: (213) 229-9500
   Facsimile: (213) 625-0248
16
   *Attorneys for Defendant*
17 *Nestlé Purina PetCare Company*

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| FRANK LUCIDO, et al, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 4:15-cv-00569-LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE APRIL 7, 2016 CASE MANAGEMENT CONFERENCE UNTIL APRIL 28, 2016** |

1 | Plaintiffs Frank Lucido, Almaceo Campbell, Laurae Campbell, Karen Phillips, Wayne Colello, Ricky Bisharat, Hope Benham, Robin Benham, Virginia Burgardt, Cynthia Xenakis, Diane Porter, Lance Carlson, Grace Armstrong, Thomas Normand, Sharon Normand, Christina Winters, Robert Bryden, America Pena, Elizabeth Rodarte, and Kacy Kimball (collectively, "Plaintiffs") and defendant Nestlé Purina PetCare Company ("Purina"), by and through their respective counsel of record, enter into the following stipulation regarding the case management conference case currently set for April 7, 2016 at 10:30 a.m.

WHEREAS, Plaintiffs have noticed depositions, pursuant to Federal Rule of Civil Procedure 30(b)(6) of Purina that will require the production of four witnesses (the "Purina Depositions");

WHEREAS, based on the schedules of the Purina witnesses, Plaintiffs' counsel and Purina's counsel, the depositions have been scheduled for April 6-7, 2016 and April 13-14, 2016 in St. Louis, Missouri and those depositions will be attended by lead counsel for both parties;

WHEREAS, at the October 8, 2015 case management conference, the Court set a further case management conference in this case for April 7, 2016 at 10:30 a.m.;

WHEREAS, because lead counsel will be attending the Purina depositions in St. Louis, Missouri on April 6-7, 2016, and it is not feasible to timely reschedule the depositions set for April 6-7, 2016, the parties seek to continue the case management conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and Purina that:

1. The Case Management Conference currently set for April 7, 2016 at 10:30 a.m. should be continued until April 28, 2016 at 10:30 a.m., or for a later date based on the Court's calendar and convenience.

Dated: March 14, 2016

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
Jeffrey B. Cereghino
Michael F. Ram
Matt J. Malone
Susan Brown

| | |
|---|---|
| 1 | MORGAN &MORGAN COMPLEX LITIGATION GROUP |
| 2 | John Yanchunis |
|   | James Young |
| 3 | |
| 4 | MERRILL, NOMURA & MOLINEUX |
|   | Karl Molineux |
| 5 | KIMBRELL & SOLEN LLC |
|   | Karl Molineux |
| 6 | Donna F. Solen |
| 7 | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 8 | Beth Terrell |
|   | Adrienne Mcentee |
| 9 | |
| 10 | PASTOR LAW OFFICE, LLP |
|    | David Pastor |
| 11 | LEONARD LAW OFFICE, PC |
|    | Preston W. Leonard |
| 12 | |
| 13 | FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP |
|    | Todd Garber |
| 14 | Greg Blankinship |
| 15 | CONSUMER LAW GROUP |
|    | Alan Mansfield |
| 16 | |
| 17 | LACKEY HERSHMAN, L.L.P. |
|    | Roger Mandel |
| 18 | PALIARE ROLAND ROSENBERG ROTHSTEIN LLP |
| 19 | Denise Sayer |
|    | Odette Soriano |
| 20 | Margaret Waddell |
| 21 | GILMAN LAW LLP |
|    | Kenneth Gilman |
| 22 | |
| 23 | CUNEO GILBERT & LADUCA, LLLP |
|    | Michael Flannery |
| 24 | THE ANIMAL LAW CENTER |
|    | Jennifer R. Edwards |
| 25 | |
| 26 | THE RICHMAN LAW GROUP |
|    | Kim Richman |
| 27 | EDLEMAN, COMBS, LATTURNER & GOODWIN, LLC |
| 28 | |

2
STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE;
CASE NO. 4:15-CV-00569-LB

720027578.1

|   |   |
|---|---|
| 1 | Thomas E. Soule |
|   | LAW OFFICES OF S. CHANDLER VISHER |
| 2 | S. Chandler Visher |

By  */s/ Jeffrey B. Cereghino*
   Jeffrey B. Cereghino
Attorneys for Plaintiffs and Proposed Class

Dated: March 14, 2016
MAYER BROWN LLP
Carmine R. Zarlenga
Dale J. Giali
Keri E. Borders

By: */s/ Keri E. Borders*
   Keri E. Borders
Attorneys for Defendant Nestlé Purina Petcare Company

**ATTESTATION**

I, Keri E. Borders, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

By: */s/ Keri E. Borders*
   Keri E. Borders
Attorneys for Defendant Nestlé Purina Petcare Company

**[PROPOSED] ORDER**

Based on the stipulation of the parties, the Case Management Conference is continued from April 7, 2016 at 10:30 a.m. until  May 5, 2016 at 10:30 A.M. .

IT IS SO ORDERED.

Dated: March 14, 2016

_____
The Honorable Edward M. Chen
Judge, United States District Court