Jeffrey B. Cereghino, SBN 099480
Email:jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email:mram@rocklawcal.com
Matt J. Malone, SBN 221545
Email: mjm@rocklawcal.com
Susan Brown, SBN 287986
Email:sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK LUCIDO, ALMACEO AND LAURAE CAMPBELL, RICHARD CARTER, REGGIE SMITH, DAVID BALMER, KAREN PHILLIPS, WAYNE COLELLO, KAREN BAKER, RICKY BISHARAT, HOPE BENHAM, ROBIN BENHAM, VIRGINIA BURGARDT, CYNTHIA XENAKIS, DIANE PORTER, LANCE CARLSON, GRACE ARMSTRONG, JENNIFER HICKEY, THOMAS AND SHARON NORMAND, CHRISTINA WINTERS, ROBERT BRYDEN, REGINA BOLLINGER, PAT KELLY, AMERICA PENA, ELIZABETH RODARTE, and KACY KIMBALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES1 through 200, inclusive, <br><br> Defendants. | Case No. 15-cv-00569-EMC <br><br> CLASS ACTION <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER RE: EXCHANGE OF EXPERT REPORTS** <br><br> Judge: Hon. Edward M. Chen <br> Courtroom: 5 <br><br> Complaint Filed: February 5, 2015 |

1

1

2  IT IS HEREBY STIPULATED, by all Plaintiffs and Defendant, NESTLÉ PURINA

3  PETCARE COMPANY, by and through their respective counsel, that:

4  1) Plaintiffs will disclose their expert reports by May 31, 2016.

5  2) Defendant will disclose its expert reports by July 12, 2016

6  3) Plaintiffs will disclose their rebuttal expert reports by July 25, 2016.

7  STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 19th day of

8  May, 2016.

9  RAM, OLSON, CEREGHINO
   & KOPCZYNSKI LLP
10

11 By: */s/ Jeffrey B. Cereghino*
   Jeffrey B. Cereghino, SBN 099480
12 Email: jbc@rocklawcal.com
   Michael F. Ram, SBN 104805
13 Email: mram@rocklawcal.com
   Susan Brown, SBN 287986
14 Email: sbrown@rocklawcal.com
15 101 Montgomery Street, Suite 1800
   San Francisco, California 94104
16 Telephone:  (415) 433-4949
   Facsimile:  (415) 433-7311
17

18 John Yanchunis
   Email:  jyanchunis@forthepeople.com
19 James D. Young
   Email:  jyoung@forthepeople.com
20 MORGAN & MORGAN COMPLEX
   LITIGATION GROUP
21 201 N Franklin Street, Floor 7
   Tampa, Florida 33602
22 Telephone: (813) 275-5272
23 Facsimile: (813) 275-9295

24 Beth E. Terrell, SBN 178181
   Email:  bterrell@tmdwlaw.com
25 TERRELL MARSHALL DAUDT
     & WILLIE PLLC
26 936 North 34th Street, Suite 300
27 Seattle, Washington 98103
   Telephone:  (206) 816-6603
28 Facsimile:  (206) 350-3528

MAYER BROWN

By: */s/ Keri Borders*
Dale J. Giali, SBN #150382
Email:  dgiali@mayerbrown.com
Andrea M. Weiss, SBN # 252429
Email:  aweiss@mayerbrown.com
Keri Elizabeth Borders, SBN # 194015
Email:  kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Carmine R. Zarlenga, III
Email: czarlenga@mayerbrown.com
1999 K Street, NW
Washington, DC 20006
Telephone:  (202) 263-3227
Facsimile:  (202) 263-5227

*Attorneys for Defendant Nestle Purina Pet Care Company*

David Pastor, *Admitted Pro Hac Vice*
Email:  dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Telephone:  (617) 742-9700
Facsimile:  (617) 742-9701

Alan M. Mansfield, SBN 125998
Email:  alan@clgca.com
CONSUMER LAW GROUP
10200 Willow Creek Road, Suite 160
San Diego, California 92131
Telephone:  (619) 308-5034
Facsimile:  (855) 274-1888

Roger Mandel, *Admitted Pro Hac Vice*
Email:  rlm@lhlaw.net
LACKEY HERSHMAN, L.L.P
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
Telephone:  (214) 560-2201
Facsimile:  (214) 560-2203

Jennifer R. Edwards, *Admitted Pro Hac Vice*
Email: jre@TheAnimalLawCenter.com
THE ANIMAL LAW CENTER
730 West Hampden Avenue, Suite 304
Englewood, Colorado  80110
Telephone:  (303) 322-4355

S. Chandler Visher, SBN 52957
Email: chandler@visherlaw.com
LAW OFFICES OF S. CHANDLER VISHER
44 Montgomery Street, Suite 3830
San Francisco, California  94104
Telephone:  (415) 901-0500
Facsimile:  (415) 901-0504

Daniel A. Edelman, *Admitted Pro Hac Vice*
Email:  dedelman@edcombs.com
Thomas E. Soule, *Admitted Pro Hac Vice*
Email:  tsoule@edcombs.com
EDELMAN COMBS LATTURNER
   & GOODWIN LLC

1  20 South Clark Street, Suite 1500
   Chicago Illinois  60603
2  Telephone:  (312) 739-4200
   Facsimile:  (312) 419-0379
3
   *Attorneys for Plaintiffs*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 15-cv-00569-EMC -- STIPULATION RE: SCHEDULE FOR EXCHANGE OF EXPERT REPORTS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: May 20, 2016

_____
The Honorable Edward M. Chen