UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LUCIDO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NESTLE PURINA PET CARE COMPANY,<br><br>  Defendant. | Case No. 15-cv-00569-EMC<br><br>**ORDER RE PLAINTIFFS' LETTER OF JUNE 3, 2016**<br><br>Docket No. 99 |

The Court has reviewed the letter from Plaintiffs, dated June 3, 2016. Based on that letter, the Court hereby rules as follows.

1. Ms. Phillips, Mr. Carlson, and Ms. Kimball shall have until July 29, 2016, to make a decision as to whether they will pursue individual claims for recovery of losses in terms of reimbursement of medical or burial expenses, value of lost pets, etc.

2. Plaintiffs shall have until July 29, 2016, to file an amended complaint. The amendment is permitted solely to reflect Plaintiffs' decision *not* to pursue individual claims for recovery of losses in terms of reimbursement of medical or burial expenses, value of lost pets, etc. If any of the three individuals identified above still elect to pursue such recovery, that should also be reflected in the amended complaint.

**IT IS SO ORDERED**.

Dated: June 6, 2016

_____
EDWARD M. CHEN
United States District Judge