1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FRANK LUCIDO, *et al*, on behalf of himself and all others similarly situated, | Case No. 4:15-cv-00569-LB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES:** |
| v. | **1.  SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT;** |
| NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES 1 through 200, inclusive, | **2.  INCREASING PAGE LIMITS ON BRIEFS IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | (modified) |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having received and reviewed the stipulation of Plaintiffs Frank Lucido, Almaceo

2    Campbell, Laurae Campbell, Karen Phillips, Wayne Colello, Ricky Bisharat, Hope Benham,

3    Robin Benham, Virginia Burgardt, Cynthia Zenakis, Diane Porter, Lance Carlson, Grace

4    Armstrong, Thomas Normand, Sharon Normand, Christina Winters, Robert Bryden, America

5    Pena, Elizabeth Rodarte, and Kacy Kimball (collectively, "Plaintiffs") and defendant Nestlé

6    Purina Petcare Company ("Purina"), the Court rules as follows:

7        1.  Purina shall file its motion for summary judgment by August 25, 2016;

8        2.  Plaintiffs shall file their opposition to Purina's motion for summary judgment by

9    September 22, 2016;

10        3.  Purina's reply shall be filed by October 13, 2016;

11        4.  The motion shall be noticed for a October 27, 2016 hearing date, or on such other date

12    and time that is convenient for the Court and its calendar;

13        5.  Purina's brief in support of its motion for summary judgment and Plaintiffs' brief in

14    support of its opposition to the motion for summary judgment shall not exceed 35 [32] pages;

15        6.  Purina's reply brief shall not exceed 20 [18] pages.

16        7.  If necessary, the parties shall be entitled to make a separate request for additional

17    pages .

18

19        IT IS SO ORDERED.

20

21    Dated: _____7/1_____, 2016

22

23

24

25

26

27

28

*IT IS SO ORDERED AS MODIFIED*

*Judge Edward M. Chen*

U.S. District Court
Northern District of California