RAM, OLSON, CEREGHINO & KOPCZYNSKI
MICHAEL F. RAM (SBN 104805)
mram@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
[Additional counsel on signature page]
*Attorneys for Plaintiffs and Proposed Class*

MAYER BROWN LLP
CARMINE R. ZARLENGA (D.C. Bar. No. 286244)
Zarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
KERI E. BORDERS (SBN 194015)
dgiali@mayerbrown.com
kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
Nestlé Purina PetCare Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LUCIDO, et al, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 4:15-cv-00569-EMC<br><br>**STIPULATION FOR DISMISSAL OF COUNTS 44 AND 45 ONLY BY PLAINTIFF LANCE CARLSON PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     IT IS HEREBY STIPULATED by Plaintiff Lance Carlson and Defendant Nestlé Purina

3  PetCare Company ("Purina"), by and through their respective counsel, that this Court dismiss

4  Counts 44 and 45 of the Third Amended Complaint only asserted by Lance Carlson against

5  Purina, with prejudice, pursuant to 41(a)(1)(A)(ii).

6  Dated:  August 9, 2016

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
Jeffrey B. Cereghino
Michael F. Ram
Matt J. Malone
Susan Brown

MORGAN &MORGAN COMPLEX LITIGATION GROUP
John Yanchunis
James Young

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth Terrell
Adrienne Mcentee

PASTOR LAW OFFICE, LLP
David Pastor

LEONARD LAW OFFICE, PC
Preston W. Leonard

FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
Todd Garber
Greg Blankinship

CONSUMER LAW GROUP
Alan Mansfield

LACKEY HERSHMAN, L.L.P.
Roger Mandel

GILMAN LAW LLP
Kenneth Gilman

CUNEO GILBERT & LADUCA, LLLP
Michael Flannery

THE ANIMAL LAW CENTER
Jennifer R. Edwards

1

STIPULATION RE DISMISSAL OF COUNTS 44 AND 45;
CASE NO. 4:15-CV-00569-EMC

721207579.1

|   |   |
|---|---|
| 1 | THE RICHMAN LAW GROUP |
| 2 | Kim Richman |
| 3 |   |
| 4 | By  */s/ Michael F. Ram* |
| 5 | Michael F. Ram<br>Attorneys for Plaintiffs and Proposed Class |

Dated: August 9, 2016

MAYER BROWN LLP
Carmine R. Zarlenga
Dale J. Giali
Keri E. Borders


By: */s/ Keri E. Borders*
Keri E. Borders
Attorneys for Defendant Nestlé Purina Petcare Company

*IT IS SO ORDERED*
Judge Edward M. Chen

### **ATTESTATION**

I, Keri E. Borders, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that agreement to the filing of this document has been obtained from each signatory.


By:   */s/ Keri E .Borders*
Keri E. Borders
Attorneys for Defendant Nestlé Purina Petcare Company

---

STIPULATION RE AUTHENTICITY OF CERTAIN LABORATORY TESTING RESULTS;
CASE NO. 4:15-CV-00569-EMC

721207579.1