1  Jeffrey B. Cereghino, SBN 099480
   Email: jbc@rocklawcal.com
2  Michael F. Ram, SBN 104805
   Email:  mram@rocklawcal.com
3  RAM, OLSON, CEREGHINO
     & KOPCZYNSKI LLP
4  101 Montgomery Street, Suite 1800
   San Francisco, California  94104
5  Telephone:  (415) 433-4949

6  [Additional Counsel Appear on Signature Page]

7  *Attorneys for Plaintiffs and Proposed Class*

8

9                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11 | FRANK LUCIDO, *et al*, on behalf of themselves and all others similarly situated, | Case No. 3:15-cv-00569-EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN** Denied |
| v. | |
| NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; and DOES1 through 200, inclusive, | |
| Defendants. | **CLASS ACTION** |
| | Complaint Filed: February 5, 2015 |

27 STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING
   SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND
   (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE
   SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 1
   CASE NO. 3:15-CV-00569-EMC

**RECITALS**

WHEREAS, Defendant Nestle Purina Petcare Company has filed motions to exclude the expert reports, opinions, and testimony of Plaintiffs' experts, Dr. Jena Questen and Dr. John H. Tegzes (Dkts. 109, 110, 124) (the "Motions to Strike Expert Testimony") and a motion to strike the supplemental report of Dr. Jena Questen (Dkt. 109) (the "Motion to Strike Supplemental Report");

WHEREAS, the Motions to Strike Expert Testimony were noticed for hearing on October 27, 2016, the same day as the hearing on Defendant's summary judgment motion;

WHEREAS, the Motion to Strike Supplemental Report was noticed for hearing on September 15, 2016;

WHEREAS, the parties previously entered into a stipulated briefing schedule for the motion for summary judgment (Dkt. 104). Under that briefing schedule, Plaintiffs' opposition to the motion for summary judgment is due on September 22, 2016 and Defendant's reply in support of the motion for summary judgment is due on October 13, 2016.

WHEREAS, because all of the above motions involve overlapping issues, the parties agree that it would be most efficient and expedient to coordinate the briefing schedule and hearing date for the Motions to Strike Expert Testimony with the briefing schedule for the motion for summary judgment and coordinate the hearing on the Motion to Strike Supplemental Report with the hearing on the motion for summary judgment.

WHEREAS counsel for the parties have conferred and agree.

**STIPULATION**

IT IS HEREBY STIPULATED, by all Plaintiffs and Defendant, by and through their respective counsel, that:

1. The briefing schedule for the Motions to Exclude Expert Testimony will be the same briefing schedule as the motion for summary judgment.

STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 1
CASE NO. 3:15-CV-00569-EMC

2. Plaintiffs' response to both Defendant's Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Jena Questen (Dkt. 110) and Defendant's Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. John H. Tegzes (Dkt. 124) will be due on September 22, 2016, the same day that Plaintiffs' opposition to Defendant's motion for summary judgment is due.

3. Defendant's reply in support of its Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Jena Questen (Dkt. 110) and Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. John H. Tegzes (Dkt. 124) will be due on October 13, 2016, the same day Defendant's reply in support of its motion for summary judgment is due.

4. The hearing on Defendant's Motion to Strike the Supplemental Expert Report of Dr. Jena Questen (Dkt. 109), currently noticed for September 15, 2016, will be continued until October 27, 2016.

STIPULATED TO AND DATED this 1st day of September, 2016.

| TERRELL MARSHALL LAW GROUP PLLC | MAYER BROWN |
|---|---|
| By: /s/ Beth E. Terrell, SBN 178171<br>Beth E. Terrell, SBN 178181<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, *Admitted Pro Hac Vice*<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Keri E. Border, SBN #194015<br>Dale J. Giali, SBN #150382<br>Email: dgiali@mayerbrown.com<br>Andrea M. Weiss, SBN # 252429<br>Email: aweiss@mayerbrown.com<br>Keri Elizabeth Borders, SBN # 194015<br>Email: kborders@mayerbrown.com<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248 |

STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING
SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND
(2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE
SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 2
CASE NO. 3:15-CV-00569-EMC

Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Matt J. Malone, SBN 221545
Email: mjm@rocklawcal.com
Susan Brown, SBN 287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

John Yanchunis
Email: jyanchunis@forthepeople.com
James D. Young
Email: jyoung@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N Franklin Street, Floor 7
Tampa, Florida 33602
Telephone: (813) 275-5272
Facsimile: (813) 275-9295

Donna F. Solen, SBN 297051
Email: dsolen@kkslegal.com
KIMBRELL & SOLEN LLC
660 Pennsylvania Avenue, SE, Suite 302
Washington, DC 20003
Telephone: (202) 810-1999
Facsimile: (202) 318-8869

David Pastor, *Admitted Pro Hac Vice*
Email: dpastor@pastorlawoffice.com
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Carmine R. Zarlenga, III
Email: czarlenga@mayerbrown.com
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3227
Facsimile: (202) 263-5227

*Attorneys for Defendant Nestle Purina Pet Care Company*

STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 3
CASE No. 3:15-cv-00569-EMC

| | |
|---|---|
| 1 | Preston W. Leonard |
| | Email:  pleonard@theleonardlawoffice.com |
| 2 | LEONARD LAW OFFICE, P.C. |
| | 63 Atlantic Avenue, 3rd Floor |
| 3 | Boston, Massachusetts 02110 |
| | Telephone:  (617) 329-1295 |
| 4 | |
| | Todd Garber |
| 5 | Email: tgarber@fbfglaw.com |
| | Greg Blankinship |
| 6 | Email: gblankinship@fbfglaw.com |
| | FINKELSTEIN, BLANKINSHIP, |
| 7 | FREI-PEARSON & GARBER, LLP |
| | 1311 Mamaroneck Avenue, Suite 220 |
| 8 | White Plains, New York 10605 |
| | Telephone:  (914) 298-3281 |
| 9 | Facsimile:  (914) 824-1561 |
| 10 | |
| | Alan M. Mansfield, SBN 125998 |
| 11 | Email:  alan@clgca.com |
| | CONSUMER LAW GROUP |
| 12 | 16870 West Bernardo Drive, Suite 400 |
| | San Diego, California 92127 |
| 13 | Telephone:  (619) 308-5034 |
| | Facsimile:  (855) 274-1888 |
| 14 | |
| 15 | |
| | Roger Mandel, *Admitted Pro Hac Vice* |
| 16 | Email:  rlm@lhlaw.net |
| | LACKEY HERSHMAN, L.L.P |
| 17 | 3102 Oak Lawn Avenue, Suite 777 |
| | Dallas, Texas 75219 |
| 18 | Telephone:  (214) 560-2201 |
| | Facsimile:  (214) 560-2203 |
| 19 | |
| 20 | Denise Sayer |
| | Email: denise.sayer@paliareroland.com |
| 21 | Odette Soriano |
| | Email: odette.soriano@paliareroland.com |
| 22 | Margaret Waddell |
| | Email:  marg.waddell@paliareroland.com |
| 23 | PALIARE ROLAND ROSENBERG |
| | ROTHSTEIN LLP |
| 24 | 155 Wellington Street W |
| | Toronto, ON M5J, Canada |
| 25 | Telephone:  (416) 646-4300 |
| 26 | |
| 27 | STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 4<br>CASE NO. 3:15-CV-00569-EMC |

Kenneth G. Gilman
Email: Kgilman@gilmanpastor.com
GILMAN LAW LLP
8951 Bonita Beach Road, S.E., Suite 525
Bonita Springs, Florida 34135
Telephone: (888) 252-0048

Michael J. Flannery
Email: mflannery@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
300 North Tucker Boulevard, No. 801
St. Louis, Missouri 63101
Telephone: (202) 587-5063
Facsimile: (202) 789-1813

Jennifer R. Edwards, *Admitted Pro Hac Vice*
Email: jre@TheAnimalLawCenter.com
Jay Wayne Swearingen, *Admitted Pro Hac Vice*
Email: jws@theanimallawcenter.com
THE ANIMAL LAW CENTER
730 West Hampden Avenue, Suite 304
Englewood, Colorado 80110
Telephone: (303) 322-4355

Kim E. Richman
Email: krichman@richmanlawgroup.com
Adam Lynn
Email: alynn@richmanlawgroup.com
THE RICHMAN LAW GROUP
81 Prospect Street
Brooklyn, New York 11201
Telephone: (718) 705-4579
Facsimile: (718) 228-8522

S. Chandler Visher
Email: chandler@visherlaw.com
LAW OFFICES OF S. CHANDLER VISHER
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504

STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 5
CASE NO. 3:15-CV-00569-EMC

1  Daniel A. Edelman
   Email:  dedelman@edcombs.com
2  Thomas E. Soule
   Email:  tsoule@edcombs.com
3  James O. Latturner, *Admitted Pro Hac Vice*
   Email:  jlatturner@edcombs.com
4  EDELMAN COMBS LATTURNER
     & GOODWIN LLC
5  20 South Clark Street, Suite 1500
   Chicago Illinois  60603
6  Telephone:  (312) 739-4200
   Facsimile:  (312) 419-0379
7

8  *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 6
CASE NO. 3:15-CV-00569-EMC

# I.  ORDER

Based on the stipulation of the parties:

1. Plaintiffs' response to both Defendant's Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Jena Questen (Dkt. 110) and Defendant's Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. John H. Tegzes (Dkt. 124) will be due on September 22, 2016, the same day that Plaintiffs' opposition to Defendant's motion for summary judgment is due.

2. Defendant's reply in support of its Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Jena Questen (Dkt. 110) and Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. John H. Tegzes (Dkt. 124) will be due on October 13, 2016, the same day Defendant's reply in support of its motion for summary judgment is due.

3. The hearing on Defendant's Motion to Strike the Supplemental Expert Report of Dr. Jena Questen (Dkt. 109), currently noticed for September 15, 2016, will be continued until October 27, 2016.

IT IS SO ORDERED.  (Denied)

DATED this __2nd__ day of ___September_____, 2016.



_____
THE HONORABLE EDWARD M. CHEN

DENIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Dale J. Giali, SBN #150382
>Email:  dgiali@mayerbrown.com
>Andrea M. Weiss, SBN # 252429
>Email:  aweiss@mayerbrown.com
>Keri Elizabeth Borders, SBN # 194015
>Email:  kborders@mayerbrown.com
>MAYER BROWN
>350 South Grand Avenue, 25th Floor
>Los Angeles, CA 90071-1503
>Telephone: (213) 229-9500
>Facsimile: (213) 625-0248
>
>Carmine R. Zarlenga, III
>Email: czarlenga@mayerbrown.com
>1999 K Street, NW
>Washington, DC 20006
>Telephone:  (202) 263-3227
>Facsimile:  (202) 263-5227

*Attorneys for Defendant Nestle Purina Pet Care Company*

DATED this 1st day of September, 2016.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Beth E. Terrell, SBN #178181
>Beth E. Terrell, SBN #178181
>Email:  bterrell@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington  98103-8869
>Telephone:  (206) 816-6603
>Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER TO (1) SET A BRIEFING SCHEDULE FOR THE MOTIONS TO STRIKE EXPERT TESTIMONY; AND (2) CONTINUE THE HEARING ON THE MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF DR. JENA QUESTEN - 8
CASE NO. 3:15-CV-00569-EMC