UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LUCIDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NESTLE PURINA PET CARE COMPANY,<br><br>    Defendant. | Case No. 15-cv-00569-EMC<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 154 |

Plaintiffs have moved to file under seal the entirety of their opposition to Purina's motion for summary judgment as well as a number of supporting exhibits. Plaintiffs indicate that the information contained therein has been designated confidential by Purina. The Court has reviewed the motion. While there appears to be good cause to seal some of the exhibits, the Court has serious questions as to whether all of the exhibits should be filed under seal. Moreover, designating the entirety of the opposition confidential is overbroad. Accordingly, the Court hereby orders the parties to meet and confer to narrow the request for filing under seal. The parties shall file a joint brief to propose a more narrowly tailored request to file under seal. The brief shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: September 28, 2016

_____
EDWARD M. CHEN
United States District Judge